UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24cv81514

ROBERTO DORSAINVIL,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, INC.,

    Defendants.
_____/

## **JOINT NOTICE OF PROPOSED SETTLEMENT**

Plaintiffs hereby notifies the Court that Plaintiff, ROBERTO DORSAINVIL, & TRANS UNION, LLC. have settled this matter in principal and are awaiting the signature of those parties on the settlement documents. Plaintiff requests thirty (30) days to file the requisite dismissal notice.

Respectfully submitted this 27th day of December 2024.

| | |
|---|---|
| */s/Kevin Rajabalee, Esq* | */s/ Charlotte Long* |
| Kevin Rajabalee, Esq. | Charlotte Long, Esq. |
| Fla. Bar No. 119948 | Fla. Bar No. 0112517 |
| Debt Shield Law | Trans Union, LLC |
| 3440 Hollywood Blvd., Suite 415 | 555 W. Adams Street |
| Hollywood, FL 33021 | Chicago, IL 60661 |
| Tel:754-800-5299 | Telephone: 469-578-1464 |
| Fax:    305-503-9457 | Email: charlotte.long@transunion.com |
| service@debtshieldlaw.com | |
| kevin@debtshieldlaw.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Trans Union, LLC* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24cv81514

ROBERTO DORSAINVIL,,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, INC.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 27, 2024 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/Kevin Rajabalee, Esq*
                                                Kevin Rajabalee

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF