UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81514-CV-MIDDLEBROOKS

ROBERTO DORSAINVIL,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, INC.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT TRANS UNION

**THIS CAUSE** is before the Court upon Plaintiff's and Defendant Trans Union's Joint Stipulation of Dismissal with Prejudice, filed January 17, 2025. (DE 20). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) All claims in the above-styled action between Plaintiff and Defendant Trans Union are hereby **DISMISSED WITH PREJUDICE**.

(2) Defendant Trans Unions shall be **TERMINATED** as a party in this matter.

(3) Each party shall bear their own fees and costs, except as otherwise agreed.

**SIGNED** in Chambers at West Palm Beach, Florida, this 21 day of January, 2025.

Donald M. Middlebrooks
United States District Judge

CC: Counsel of Record