UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24cv81514

ROBERTO DORSAINVIL,

      Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES, INC.,

      Defendants.

_____/

## **JOINT NOTICE OF PROPOSED SETTLEMENT**

Plaintiffs hereby notifies the Court that Plaintiff, ROBERTO DORSAINVIL, &
EQUIFAX INFORMATION SERVICES, INC., have settled this matter in principal and are
awaiting the signature of those parties on the settlement documents. Plaintiff requests thirty (30)
days to file the requisite dismissal notice.

Respectfully submitted this 25th day of February 2025.

| | |
|---|---|
| */s/Kevin Rajabalee, Esq* | */s/ Jason Daniel Joffe* |
| Kevin Rajabalee, Esq. | Jason Daniel Joffe, Esq. |
| Fla. Bar No. 119948 | Fla. Bar No. 013564 |
| Debt Shield Law | SQUIRE PATTON BOGGS (US) LLP |
| 3440 Hollywood Blvd., Suite 415 | 200 S. Biscayne Blvd. Suite 3400 |
| Hollywood, FL 33021 | Miami, FL 33131 |
| Tel:754-800-5299 | Telephone: 305-577-7000 |
| Fax:      305-503-9457 | Email: jason.joffe@squirepb.com |
| service@debtshieldlaw.com | |
| kevin@debtshieldlaw.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for EQUIFAX INFORMATION* |
| | *SERVICES, INC.* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24cv81514

ROBERTO DORSAINVIL,,

     Plaintiff,

 v.

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES, INC.,

     Defendants.

_____/

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on February 25, 2024 I filed the foregoing document with the Clerk of Court.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                  */s/Kevin Rajabalee, Esq*_____
                                  Kevin Rajabalee

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF