**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:24-cv-81514-DMM**

**ROBERTO DORSAINVIL,**

      **Plaintiff,**

**v.**

**EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES, INC.,**

      **Defendant(s).**

_____/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, **ROBERTO DORSAINVIL**., and Defendant, **EQUIFAX INFORMATION SERVICES, INC** by and through their undersigned counsel, hereby give notice, stipulate, and agree that all claims and controversies asserted in this action are dismissed with prejudice pursuant to agreement of the parties with each Party to bear their own attorney's fees and costs. All terms are to be performed by April 21, 2025, therefore Plaintiff requests the Court retain jurisdiction strictly for the purpose of enforcing the terms of the settlement agreement that relate to performance by that date. Because the settlement agreement is confidential, Plaintiff cannot divulge other terms or disclose the agreement in its entirety for the Court's review. Additionally, if the Court retains jurisdiction and Plaintiff needs to enforce the April 21 2025 performance provision it will serve the interests of judicial economy by Plaintiff not having to file a separate action as opposed to reopening the matter.

**Respectfully submitted this on the 20th day of March 2025.**

| | |
|---|---|
| **DEBT SHIELD LAW** | **/s/ Jason Daniel Joffe, Esq.** |
| */s/ Kevin Rajabalee, Esq.* | Jason Daniel Joffe, Esq. |
| Fla. Bar. No. 119948 | Fla. Bar No. 0013564 |
| 3440 Hollywood Blvd., Suite 415 | SQUIRE PATTON BOGGS (US) LLP |

| | |
|---|---|
| Hollywood, FL 33021<br>Main: 754-800-5299<br>Direct: 954-667-3096<br>Fax: 305-503-9457<br>kevin@debtshieldlaw,com<br>dayami@debtshieldlaw.com<br>service@debtshieldlaw.com<br>*Attorney for Plaintiff* | 200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131<br>Telephone: (305) 577-7000<br>Email: jason.joffe@squirepb.com<br>*Counsel for Defendant EQUIFAX*<br>*Information Services LLC* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 9:24-cv-81514-DMM**

**ROBERTO DORSAINVIL,**

    **Plaintiff,**
**v.**

**EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, INC.,**

    **Defendant(s).**
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2025 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  /s/Kevin Rajabalee,
                                                   Kevin Rajabalee, Esq

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF.