UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81514-CV-MIDDLEBROOKS

ROBERTO DORSAINVIL,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES, INC.,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's and Defendant Equifax's Joint Stipulation of Dismissal with Prejudice (DE 30), and Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 31), both filed March 20, 2025. As to the Parties' Joint Stipulation, the Court congratulates the Plaintiff and Defendant Equifax on their amicable resolution of this matter, and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), their Stipulation is self-executing and no order of the Court is required to dismiss Defendant Equifax. As to Plaintiff's Notice of Voluntary Dismissal concerning Defendant Experian, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Experian has served neither. As Defendants Experian and Equifax are the only remaining Defendants in this matter, their dismissal warrants the closure of this case.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) All claims in the above-styled action between Plaintiff and Defendants Experian and Equifax are hereby **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as moot.

(3) Each party shall bear their own fees and costs, except as otherwise agreed.

**SIGNED** in Chambers at West Palm Beach, Florida, this 25 day of March, 2025.

Donald M. Middlebrooks
United States District Judge

CC: Counsel of Record